IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NIYA HARRIS

VS.                                                            CIVIL ACTION NO. 4:10CV80-WAP-DAS

GREENVILLE RIVERBOAT, LLC;
TROPICANA ENTERTAINMENT, LLC;
AND CALVIN BROWN

## **ORDER**

This matter is before the court on joint motion of the parties for additional time to respond to the discovery requests (# 22). The parties ask that the court order the defendants to respond no later than January 20, 2011 and the plaintiff no later than February 1, 2011. After considering the motion, the court finds it to be well-taken.

IT IS, THEREFORE, ORDERED that the joint motion of the parties to extend the deadlines to respond to discovery (# 22) is hereby GRANTED.

SO ORDERED, this the 5th day of January, 2011.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE