## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**NIYA HARRIS**                                                         **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 4:10cv080-P-S**

**GREENVILLE RIVERBOAT, LLC;**
**TROPICANA ENTERTAINMENT, LLC;**
**AND CALVIN BROWN**                                **DEFENDANTS**

### NOTICE TO TAKE VIDEOTAPED DEPOSITION

TO:   L. Douglas Wade, Jr., Esq.
        Cox Law Office, P.C.
        P. O. Box 621
        Greenville, MS  38702-0621

**ATTORNEY FOR PLAINTIFF**

PLEASE TAKE NOTICE that Defendants, Greenville Riverboat, LLC, Tropicana Entertainment, LLC, and Calvin Brown, will take the videotaped deposition of Plaintiff, Niya Harris, upon oral examination, before a Notary Public, or some other officer authorized by law to administer oaths, beginning at 9:30 a.m. on February 23, 2011, at The Greenville Inn and Suites, 211 South Walnut Street, Greenville, Mississippi, and continuing thereafter from day to day until completed.

You are invited to appear and take part in the examination as you deem appropriate.

This, the 14th day of January, 2011.

                                        RESPECTFULLY SUBMITTED,

                                        */s/ Herbert C. Ehrhardt*
                                        Herbert C. Ehrhardt (MS Bar No. 5490)
                                        bert.ehrhardt@ogletreedeakins.com
                                        Grace H. Skertich (MS Bar No. 103274)
                                        grace.skertich@ogletreedeakins.com
                                        ATTORNEYS FOR DEFENDANTS
                                        GREENVILLE RIVERBOAT, LLC,
                                        TROPICANA ENTERTAINMENT, LLC, and
                                        CALVIN BROWN, individually
                                        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

100 Renaissance, Suite 200
1022 Highland Colony Parkway
Ridgeland, MS  39157
Telephone:  601.360.8444
Telecopier:  601.360.0995

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

L. Douglas Wade, Jr., Esq.
Cox Law Office, P.C.
P. O. Box 621
Greenville, MS  38702-0621
662.332-2000
douglaswade@lawyer.com

On this the 14th day of January, 2011.

*/s/ Herbert C. Ehrhardt*

9626380.2 (OGLETREE)