**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**NIYA HARRIS**                                                                                                                    **PLAINTIFF**

**VS.**                                                                                     **CIVIL ACTION NO. 4:10cv080-P-S**

**GREENVILLE RIVERBOAT, LLC;**
**TROPICANA ENTERTAINMENT, LLC;**
**AND CALVIN BROWN**                                                                                                      **DEFENDANTS**

<u>**RE-NOTICE TO TAKE DEPOSITION**</u>

TO:   L. Douglas Wade, Jr., Esq.
      Cox Law Office, P.C.
      P. O. Box 621
      Greenville, MS  38702-0621

**ATTORNEY FOR PLAINTIFF**

PLEASE TAKE NOTICE that Defendants, Greenville Riverboat, LLC, Tropicana Entertainment, LLC, and Calvin Brown, will take the deposition of Plaintiff, Niya Harris, upon oral examination, before a Notary Public, or some other officer authorized by law to administer oaths, beginning at 9:30 a.m. on March 22, 2011, at The Greenville Inn and Suites, 211 South Walnut Street, Greenville, Mississippi, and continuing thereafter from day to day until completed.

You are invited to appear and take part in the examination as you deem appropriate.

This, the 21st day of February, 2011.

                                        RESPECTFULLY SUBMITTED,

                                        */s/ Herbert C. Ehrhardt*
                                        Herbert C. Ehrhardt (MS Bar No. 5490)
                                        bert.ehrhardt@ogletreedeakins.com
                                        Grace H. Skertich (MS Bar No. 103274)
                                        grace.skertich@ogletreedeakins.com
                                        ATTORNEYS FOR DEFENDANTS
                                        GREENVILLE RIVERBOAT, LLC,
                                        TROPICANA ENTERTAINMENT, LLC, and
                                        CALVIN BROWN, individually
                                        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
                                        100 Renaissance, Suite 200
                                        1022 Highland Colony Parkway

       Ridgeland, MS  39157
       Telephone:  601.360.8444
       Telecopier:  601.360.0995

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

L. Douglas Wade, Jr., Esq.
Cox Law Office, P.C.
P. O. Box 621
Greenville, MS  38702-0621
662.332.2000
douglaswade@lawyer.com

On this the 21st day of February, 2011.

                                              */s/ Herbert C. Ehrhardt*

9866815.1 (OGLETREE)