# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**NIYA HARRIS**                                                                            **PLAINTIFF**

**VS**                                                          **CIVIL ACTION NO. 4:10CV00080-WAP-DAS**

**GREENVILLE RIVERBOAT, LLC;**
**TROPICANA ENTERTAINMENT, LLC;**
**AND CALVIN BROWN**                                                                    **DEFENDANTS**

## AMENDED NOTICE OF DEPOSITION

TO:   Herbert C. Ehrhardt, Esq.
      Grace H. Skertich, Esq.
      100 Renaissance, Suite 200
      1022 Highland Colony Parkway
      Ridgeland, MS  39157

   Notice is hereby given that oral depositions will be taken at Cox Law Office- 255 South Poplar Street, Greenville, MS, on Thursday, March 31, 2011 for the following individuals:

   (1)   Calvin Brown- 9:00 a.m.
   (2)   Roslyn Hinton- immediately following deposition of Calvin Brown.
   (3)   Tess Ingram- immediately following deposition of Roslyn Hinton.

   Said deposition will be recorded by an official court reporter qualified to administer the oath.

   Signed this the 25th day of February, 2011.

                                                    S/ L. Douglas Wade, Jr.
                                                    L. Douglas Wade, Jr.
                                                    MS Bar # 99999
                                                    Attorney for Plaintiff

Of Counsel:
Cox Law Office, P. C.
P. O. Box 621
Greenville, MS  38702-0621
Phone:  (662) 332-2000
Fax:  (662) 332-2067

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that I electronically filed the foregoing Notice of Deposition with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Herbert C. Ehrhardt, Esq.
Grace H. Skertich, Esq.
100 Renaissance, Suite 200
1022 Highland Colony Parkway
Ridgeland, MS  39157

This the 25th day of February, 2011.

S/ L. Douglas Wade, Jr.
L. Douglas Wade, Jr.
**Attorney for Plaintiff**