IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NIYA HARRIS

VS.                                                                    CIVIL ACTION NO. 4:10CV80-DAS

GREENVILLE RIVERBOAT, LLC, ET AL.

## **ORDER**

This matter is before the court following a telephonic hearing on a motion *ore tenus* to continue the depositions set for Thursday, March 31, 2011. After hearing argument from both sides, the court finds the depositions should be continued. When the depositions are taken, the three employees of the defendant at issue during today's hearing will be taken prior to the deposition of the plaintiff. Additionally, the court considered the defendants' motion to amend the scheduling order, and the court finds that motion to be well taken. Accordingly, the discovery deadline will now be May 17, 2011, and the deadline for filing motions will be May 31, 2011. All other deadlines remain the same.

SO ORDERED, this the 29th day of March, 2011.

/S/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE