# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**NIYA HARRIS**                                                **PLAINTIFF**

**v.**                                                     **No. 4:10cv80-DAS**

**GREENVILLE RIVERBOAT, LLC,**
**TROPICANA ENTERTAINMENT, LLC, &**
**CALVIN BROWN**                                    **DEFENDANTS**

## FINAL JUDGMENT

Consistent with the Memorandum Opinion And Order entered this date,

1. Judgment is hereby entered in favor of the Defendants on all of the Plaintiff's claims;

2. All of the Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**; and

3. The parties shall bear their own costs.

**SO ADJUDGED** this 29th day of August, 2011.

                                           /s/ David A. Sanders
                                           U. S. MAGISTRATE JUDGE